FILED
2007 Apr-25 AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REX M. EDMONDS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-PWG-1455-S |
| | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

Having considered the entire record, including petitioner's response to the Order to Show Cause (doc. #16), the court concludes that the petition for writ of habeas corpus filed pursuant to § 2241 is due to be DISMISSED as MOOT inasmuch as the petition challenged an indictment to which petitioner has now pled guilty. If petitioner wishes to challenge his conviction, he may do so by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 after exhausting his available state remedies.

As to the foregoing it is SO ORDERED this the 25th day of April, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE